===============================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

| NORTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.** 1:06-cv-835
(GLS/DRH)

**JASON KRZYKOWSKI, and LISA
MCCAUSLIN, as Administratix of the
Estate of David McCauslin, deceased**

**v.**

**TOWN OF COEYMANS, TOWN OF
COEYMANS POLICE DEPARTMENT,
and ERIC MULLER, individually and as
a member of the Town of Coeymans
Police Department**

| | **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|
| **X** | **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED, that the defendants' motion for summary judgment (Dkt. No. 35) is GRANTED and the complaint is DISMISSED IN ITS ENTIRETY, in accordance with the Decision and Order issued by U.S. District Judge Gary L. Sharpe, on November 24, 2008.**

| November 25, 2008 | **LAWRENCE K. BAERMAN** |
|---|---|
| | CLERK OF THE COURT |

| | BY: S/ |
|---|---|
| | DEPUTY CLERK |
| | John Law |