United States District Court
For the Northern District of New York

JASON KRZYKOWSKI, ET AL.
    Plaintiff

v.                                Case No. 1:06-cv-835 GLS/DRH

TOWN OF COEYMANS, ET AL.
    Defendants

## ORDER TO SHOW CAUSE

This case is closed and being prepared for storage. It was filed, however, under seal or contains documents which were sealed by order of the Court. Pursuant to Local Rule 83.13;

"pleadings filed in civil actions shall remain under seal for 60 days following the final disposition of the action, i.e. final disposition of the action includes any time allowed by the federal rules to file an appeal in a civil matter, and, if an appeal is filed, sixty days from the date of the filing of the mandate if the action was not remanded for further proceedings. After that time, the Court will unseal all sealed documents and place them in the case record, unless the district judge or magistrate judge, upon motion, orders that the pleading or other document remain under seal or be returned to the filing party."

ORDERED that the parties show cause, within thirty (30) days of the date of this order, why the case or documents cannot be unsealed. Failure to respond or show cause will result in the case or documents being unsealed and scanned and uploaded to the District's Electronic Filing System (CM/ECF) without further order.

Signed this  11th  day of  April , 2011

                                                    Gary L. Sharpe
                                                   U.S. District Judge